# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:19-cv-03329-KES                                        Date: September 5, 2019

Title: KENNETH DANIEL HOWE v. ANDREW M. SAUL, Commissioner of Social Security[1]

---

PRESENT:

### THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**        **Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute and Comply With a Court Order**

       In April 2019, Plaintiff Kenneth Daniel Howe ("Plaintiff") filed this lawsuit appealing the denial of social security disability benefits. (Dkt. 1.) On May 1, 2019, the Court issued a Case Management Order ("CMO"). (Dkt. 10.) The CMO provided that the Commissioner shall send Plaintiff the certified administrative record within ninety days of the service of Plaintiff's complaint. (Id. at 1.) The CMO instructed Plaintiff to send a settlement proposal to the Commissioner within fourteen days from service of the administrative record. (Id.)

       On August 5, 2019, the Commissioner sent the administrative record to Plaintiff. (Dkt. 15.) Thus, Plaintiff should have sent his settlement proposal to the Commissioner on or before August 19, 2019. (Dkt 10.) As of the date of this order, despite receiving an email seeking the settlement proposal from opposing counsel, Plaintiff has not served its settlement proposal. Plaintiff has also not requested any extension of time to do so.

       IT IS HEREBY ORDERED that, **on or before September 12, 2019**, Plaintiff shall discharge this order to show cause by filing one of the following: (1) a response explaining why

---

[1] Andrew M. Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). The Clerk is directed to update the electronic docket accordingly.

this case should not be dismissed for want of prosecution and/or failure to follow the Court's orders, or (2) a request for voluntary dismissal of this action.

Initials of Deputy Clerk <u>JD</u>