# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DANIEL HOWE, | CASE NO. 2:19-CV-03329-VEB |
| Plaintiff, | |
| vs. | |
| | ORDER AWARDING |
| ANDREW SAUL, | EAJA ATTORNEYS' FEES |
| Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees, IT IS ORDERED that attorneys' fees and expenses in the amount of $6,000.00, as authorized by 28 U.S.C. § 2412, and costs in the amount of $0 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATED this 20th day of October, 2020

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE